UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CNH AMERICA LLC,** | ) |
|   Plaintiff, | ) |
| v. | ) Case No. 2:09-CV-10584 |
| **INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA,** | ) |
|   Defendant. | ) |

**ORDER ON UNOPPOSED MOTION FOR
REASSIGNMENT AS RELATED CASE**

Upon consideration of Defendant's Unopposed Motion for Reassignment as Related Case, it is hereby ORDERED that the Motion is GRANTED.  This case is hereby reassigned to the Honorable Judge Patrick J. Duggan.

    IT IS SO ORDERED

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated:  February 23, 2009February 23, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 23, 2009February 23, 2009, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager