UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CNH America LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**, <br><br> Defendant. | Case 2:09-cv-10584-PJD-DAS <br><br> Hon. Patrick J. Duggan, U.S.D.J. <br><br> Hon. Donald A. Scheer, U.S. Mag. J. |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on January 12, 2012.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Pursuant to a Tolling Agreement between the Parties and upon their stipulation:

**IT IS HEREBY ORDERED** that Plaintiff CNH America LLC's claims against Defendant International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) are dismissed without prejudice and without costs to either party.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: January 12, 2012
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, January 12, 2012, by electronic and or ordinary mail.

s/Marilyn Orem<br>Case Manager

So stipulated:

| | |
|---|---|
| /s/ Norman C. Ankers | /s/ with consent of Julia Penny Clark |
| HONIGMAN MILLER SCHWARTZ AND COHN LLP | BREDHOFF & KAISER, P.L.L.C. |
| 2290 First National Building | 805 15th Street, Northwest, Suite 1000 |
| 660 Woodward Avenue | Washington, District of Columbia  20005 |
| Detroit, Michigan  48226 | 202.842.2600 |
| 313.465.7306 | jpclark@bredhoff.com |
| nankers@honigman.com | |
| P30533 | Michael B. Nicholson (P33421) |
| | Michael F. Saggau (P35326) |
| /s/ with consent of Bobby Burchfield | 8000 East Jefferson Avenue |
| McDERMOTT WILL & EMERY LLP | Detroit, Michigan 48214 |
| 600 13th Street, Northwest | 313.926.5216 |
| Washington, District of Columbia  20005 | mnicholson@uaw.net |
| 202.756.8000 | msaggau@uaw.net |
| bburchfield@mwe.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

2

10253361.1